IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANA KYEAME,<br>   Plaintiff<br><br>v.<br><br>NICHOLAS BUCHHEIT,<br>individually and as an Officer<br>of the Pennsylvania State Police,<br>   Defendant | Civil Action No. 1:07-cv-01239<br>(Chief Judge Kane) |

## VERDICT SHEET

1. Do you find that Plaintiff Nana Kyeame proved, by a preponderance of the evidence, that Defendant Nicholas Buchheit violated Plaintiff's right to be free from false arrest under the Fourth Amendment to the United States Constitution?

   YES _____     NO ✓

   *If you answered "Yes" to Question 1, answer Questions 1a and 1b before proceeding to Question 2.*

1a. Do you find that Plaintiff Nana Kyeame proved, by a preponderance of the evidence, that Plaintiff suffered injury as a result of Defendant Nicholas Buchheit's conduct described in Question 1?

   YES _____     NO _____

1b. State the amount to be paid by Defendant Nicholas Buchheit that would fairly compensate Plaintiff Nana Kyeame for injuries he actually sustained as a result of Defendant's conduct described in Question 1?

   $ _____

2. Do you find that Plaintiff Nana Kyeame proved, by a preponderance of the evidence, that Defendant Nicholas Buchheit violated Plaintiff's right to be free from the use of excessive force under the Fourth Amendment to the United States Constitution?

   YES _____    NO ✓

   *If you answered "Yes" to Question 2, answer Questions 2a and 2b before proceeding to Question 3.*

2a. Do you find that Plaintiff Nana Kyeame proved, by a preponderance of the evidence, that Plaintiff suffered injury as a result of Defendant Nicholas Buchheit's conduct described in Question 2?

   YES _____    NO _____

2b. State the amount to be paid by Defendant Nicholas Buchheit that would fairly compensate Plaintiff Nana Kyeame for injuries he actually sustained as a result of Defendant's conduct described in Question 2?

   $ _____

3. Do you find that Plaintiff Nana Kyeame proved, by a preponderance of the evidence, that Defendant Nicholas Buchheit violated Plaintiff's right to be free from malicious prosecution under the Fourth Amendment to the United States Constitution?

   YES _____    NO ✓

3a. Do you find that Plaintiff Nana Kyeame proved, by a preponderance of the evidence, that Plaintiff suffered injury as a result of Defendant Nicholas Buchheit's conduct described in Question 3?

   YES _____    NO _____

3b. State the amount to be paid by Defendant Nicholas Buchheit that would fairly compensate Plaintiff Nana Kyeame for injuries he actually sustained as a result of Defendant's conduct described in Question 3?

   $ _____

*If you answered "Yes" to Questions 1a and/or 2a and/or 3a, continue to Question 4. If you answered "No" to all of these questions, do **not** answer any more questions. Have the foreperson sign and date the last page of the verdict sheet and tell the Clerk of Court, Ms. Cihak, that you have finished deliberations.*

4. Do you find that Defendant Nicholas Buchheit acted maliciously or wantonly in violating Plaintiff Nana Kyeame's rights?

   YES_____        NO_____

   *If you answered "Yes" to Question 4, continue to Question 5. If you answered "No" to Question 4, have the foreperson sign and date the verdict sheet and tell the Clerk of Court, Ms. Cihak, that you have finished deliberations.*

5. If you answered "Yes" to Question No. 4, you are permitted to award punitive damages. State the amount of punitive damages that you award to Plaintiff Nana Kyeame from Defendant Nicholas Buchheit:

   $_____

*You have finished the verdict sheet. Please have the foreperson sign and date the verdict sheet and tell the Clerk of Court, Ms. Cihak, that you have finished deliberations.*

_____
Foreperson

Dated: December 13, 2011.